John W. WENZEL, Appellant,

v.

The STATE of Texas, Appellee.

ª    No. 28748.

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

Mack C. HENDERSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28803.

Court of Criminal Appeals of Texas.

Feb. 6, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, upon a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

PER CURIAM.

This purports to be an appeal from a conviction for the unlawful possession of intoxicating liquors for the purpose of sale in a dry area, with punishment assessed at a fine of $150 and thirty days in jail.

No notice of appeal is shown. The absence of a notice of appeal deprives this court of jurisdiction.

The appeal is dismissed.